IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICIA A. MEREDITH,

    Plaintiff,

v.                                                        CASE NO. 5:09cv372-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AFFIRMING DENIAL OF BENEFITS

This social-security disability case is before the court on the magistrate judge's report and recommendation, ECF No. 28, and the objections, ECF No. 29. I have reviewed *de novo* the issues raised by the objections. I conclude that the Commissioner's decision is supported by substantial evidence and that the report and recommendation should be adopted as the court's opinion. *See also Brown v. Commissioner*, 2011 WL 1643539 (11th Cir. Apr. 27, 2011) (unpublished). Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's

opinion.  The Commissioner's decision denying benefits is AFFIRMED.  The clerk must enter judgment and close the file.

    SO ORDERED on May 16, 2011.

                                          s/Robert L. Hinkle
                                          United States District Judge